UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN DANIELS, an individual, | ) | Case No: 2:22-cv-00783-RFB-NJK |
| Plaintiff, | ) ) ) | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | ) ) | |
| CLARK COUNTY, a political subdivision of the STATE OF NEVADA; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive, | ) ) ) ) ) ) | **(First Request)** |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including June 13, 2022 to file a response to Plaintiff's Complaint (ECF No. 1). Defendant's counsel needs additional time to respond because of other events and deadlines (including a Nevada Supreme Court *en banc* oral argument conducted on May 16) and will be on vacation from May 25 – June 2. This is the first request for an extension of

- 1 -

1  this deadline.  Defendant agrees it will not be contesting service of process in its
2  response.

3   GABROY MESSER                                    FISHER & PHILLIPS LLP

5  By: /s/ Christian Gabroy, Esq.            By: /s/ Scott M. Mahoney, Esq.
   Christian Gabroy, Esq.                          Scott M. Mahoney, Esq.
6  Kaine Messer, Esq.                              300 S. Fourth Street, Suite 1500
   170 S. Green Valley Pkwy, Suite 280             Las Vegas, Nevada 89101
7  Henderson, Nevada 89012                         *Attorney for Defendants*
   *Attorneys for Plaintiff*

9                      IT IS SO ORDERED:

                       _____
                       UNITED STATES MAGISTRATE JUDGE

                       Dated: May 23, 2022