FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street #1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Clark County

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN DANIELS, an individual, | Case No: 2:22-cv-00783-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| CLARK COUNTY, a political subdivision of the STATE OF NEVADA; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that this case be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

GABROY MESSER                                   FISHER & PHILLIPS LLP

By: /s/ Christian Gabroy, Esq.                  By: /s/ Scott M. Mahoney, Esq.
Christian Gabroy, Esq.                          Scott M. Mahoney, Esq.
170 S. Green Valley Pkwy, Suite 280             300 S. Fourth Street, Suite 1500
Henderson, Nevada 89012                         Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                       *Attorney for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 23rd day of January, 2023.

- 1 -

FP 46160987.1